# EXHIBIT A

January 16, 2017

JAKE PEAVY
651 Dauphin Street
Mobile, AL  36602

## INVOICE

Re:  2016 Business Management Fee

2016 Salary ($13,000,000) x 1%                              $130,000.00

TOTAL DUE:                                                   $130,000.00