# EXHIBIT B

LAW OFFICES
## BARRY AXELROD
2236 ENCINITAS BOULEVARD, SUITE A
ENCINITAS, CALIFORNIA 92024
(760) 753-0088
FAX (760) 436-7399

October 2, 2003

JAKE PEAVY
8124 Branch Court
Semmes, AL 36575

Re: Representation Agreement

Dear Jake:

Pursuant to regulations of the Major League Baseball Players Association relating to agent certification, I am providing you with this Representation Agreement along with the required Player Agent Designation Form.

Please sign and date three (3) copies of this Letter Agreement and the Designation Form and return them to me. I will then provide a copy of each to the Players Association.

It is my understanding that you desire to obtain my legal services for the purpose of negotiation on your behalf of all contracts and other agreements with all professional sports clubs, teams and leagues.

In consideration of said services, you hereby agree as follows:

A. That I am empowered to perform those acts I deem necessary and appropriate with reference to the legal services set out above.

B. That you shall not agree to, finalize, or execute any contract or agreement covered hereunder without my consent and I, in turn, shall not agree to, finalize, or execute any contract or agreement without your consent.

C. Compensation for the services set out hereinabove shall be equal to four percent (4%) of the gross compensation due or to become due pursuant to any contracts or agreements negotiated on your behalf hereunder, including any renewals, extensions or modifications thereof. Said four percent (4%) shall be due and payable when compensation against which it is measured becomes due or is actually received. However, I shall not be entitled to any income received by you as playing time or awards bonuses or as any share of league play-off, championship winnings or All Star appearances.

JAKE PEAVY
October 2, 2003
Page Two

      D. That the term of this Agreement shall commence on the date hereof and shall terminate upon receipt of written notice delivered by either party to the other, or one year from the date hereof, whichever is sooner. However, if this Agreement terminates after a contract has been negotiated hereunder, a fee for all compensation received by you under said contract during its entire term shall be payable.

      E. That any dispute between us as to the existence, meaning, interpretation or enforcement of this agreement shall be resolved exclusively through final and binding arbitration pursuant to Section 5 (A) of the MLBPA Regulations Governing Player Agents.

      F. That this Agreement constitutes the entire agreement between us and supersedes all prior agreements or understandings between us.

In addition to the services and considerations outlined above, you are also aware that additional services are available from me or my firm, if and when requested by you, as follows:

1. Advice regarding investments and business opportunities;

2. Maintenance of business checking accounts and service as a collection point for earnings, which shall be deposited and utilized to pay bills submitted by creditors;

3. Assistance with preparation and maintenance of a budget;

4. Provision of preliminary and general legal counsel;

5. Review and advice regarding tax planning and preparation;

6. Maintenance of accounting records for all transactions sufficient to prepare tax returns and other financial statements;

7. Coordination of preparation of State and Federal income tax returns.

JAKE PEAVY
October 2, 2003
Page Three

The additional fee payable to me for all of the above services is a maximum of one percent (1%) and is negotiable based upon the extent of said services desired by you, if any.

If the foregoing meets with your approval, please indicate your approval and acceptance by way of your signature and date in the space provided.

Sincerely,

_____
BARRY AXELROD

THE ABOVE TERMS AND CONDITIONS ARE HEREBY APPROVED AND ACCEPTED.

Date: 10/7/03

_____
JAKE PEAVY

Date: 10/31/03

_____
BARRY AXELROD

BA/cmm
Enclosures

PLAYER AGENT DESIGNATION

TO: MLBPA
    ATTN: Agent Regulation
    12 East 49th Street
    New York, NY 10017

Dear Sir:

This will advise that on this _7th_ day of _October_, 2003, I have designated:

| BARRY AXELROD | , of | BARRY AXELROD, APC |
|---|---|---|
| 2236 Encinitas Blvd., Ste. A | | 752 Jacquelene Court |
| Encinitas, CA 92024 | | Encinitas, CA 92024 |
| (760) 753-0088 | | (760) 632-8273 |

to act as my Player Agent within the meaning of the MLBPA Regulations Governing Player Agents.

    I understand that this designation is subject to my designee receiving, and thereafter maintaining, the appropriate certification to act as a Player Agent pursuant to the above Regulations. I further understand that this designation shall only remain in effect for one year from this date, unless I previously revoke it in writing.

    I further understand that, in the event you certify my designee, you thereupon will notify my Club, the Commissioner's Office, the League President's Office and the Player Relations Committee that my designee is my duly certified Player Agent, entitled to represent me within the scope of the Basic Agreement and the above Regulations, and that, in the event you do not certify my designee, you promptly will notify me of that action.

JAKE PEAVY
(Print Name)

_[signature]_
(Sign Name)

███████████
(Social Security Number)